IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA FRANKLIN,<br><br>        Plaintiff,<br><br>  v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>        Defendant. | Case No. 16-cv-03918-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the court-appointed mediator that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: February 28, 2017

                                                  MAXINE M. CHESNEY<br>                                                United States District Judge